# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| EBAYA SOGOYOU, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC., et al. <br><br> Defendants. | Civil Action No. 1:23-cv-1527-AJT-LRV |

## NOTICE OF SETTLEMENT

Plaintiff Ebaya Sogoyou, by counsel, notifies the Court that he has settled his claims against Defendant Trans Union, LLC ("Trans Union"). The parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Respectfully submitted,
**EBAYA SOGOYOU**

By:  */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*