IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EBAYA SOGOYOU,

        Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

        Defendants.

Civil Action No. 1:23-cv-1527

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Trans Union, LLC who has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Respectfully submitted,
**EYABA SOGOYOU**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

So Ordered

Anthony J. Trenga
Senior U.S. District Judge

01/10/2024

             Email: matt@kellyguzzo.com
             *Counsel for Plaintiff*

Dated: January 10, 2024