IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EBAYA SOGOYOU,

          Plaintiff,

v.                                   Civil Action No. 1:23-cv-1527-AJT-LRV

TRANS UNION, LLC, *et al.,*

          Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Ebaya Sogoyou, by counsel, notifies the Court that he has settled his claims against Defendant Experian Information Solutions, Inc. ("Experian"). The parties are working to finalize the settlement and will submit dismissal papers within thirty days, unless the Court orders an earlier submission.

                                              Respectfully submitted,
                                              **EBAYA SOGOYOU**

                                              By:    */s/ Kristi C. Kelly*
                                              Kristi C. Kelly, VSB #72791
                                              Andrew J. Guzzo, VSB #82170
                                              Casey S. Nash, VSB #84261
                                              J. Patrick McNichol, VSB #92699
                                              Matthew Rosendahl, VSB #93738
                                              KELLY GUZZO, PLC
                                              3925 Chain Bridge Road, Suite 202
                                              Fairfax, VA 22030
                                              Telephone: (703) 424-7572
                                              Facsimile: (703) 591-0167
                                              Email: kkelly@kellyguzzo.com
                                              Email: aguzzo@kellyguzzo.com
                                              Email: casey@kellyguzzo.com
                                              Email: pat@kellyguzzo.com
                                              Email: matt@kellyguzzo.com
                                              *Counsel for Plaintiff*