IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EBAYA SOGOYOU, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-1527 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Equifax Information Services, LLC, who has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Respectfully submitted,
**EYABA SOGOYOU**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

So Ordered

/s/ Anthony J. Trenga
Anthony J. Trenga
Senior U.S. District Judge

02/20/2024

                                      Email: matt@kellyguzzo.com
                                      *Counsel for Plaintiff*

Dated: February 20, 2024