IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EYABA SOGOYOU, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-01527 (AJT/LRV) |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.*., ) | |
| ) | |
|     *Defendants*. ) | |

# **ORDER**

On February 5, 2024, Plaintiff Eyaba Sogoyou ("Sogoyou") filed a notice of settlement as to the claims against Experian Information Solutions, Inc. ("Experian"), [Doc. No. 16], representing to the Court that dismissal papers would be filed within thirty days. However, more than sixty days have passed and Sogoyou has not filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, it is hereby

**ORDERED** that the claims against Experian be, and the same hereby are, **DISMISSED**.

The Clerk is directed to terminate Experian as a party and to send a copy of this Order to all counsel of record.

April 18, 2024
Alexandria, Virginia

                                                                               Anthony J. Trenga
                                                                               Senior U.S. District Judge